JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY VLAD,<br><br>    Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY and TGT ENTERPRISES, INC., dba ANDERSON DIRECT & DIGITAL LONG TERM DISABILITY AND LIFE INSURANCE PLAN,<br><br>    Defendants. | Case No. 8:18-cv-01749- AG(ADSx)<br><br>**ORDER RE STIPULATION TO DISMISS TGT ENTERPRISES, INC., dba ANDERSON DIRECT & DIGITAL LONG TERM DISABILITY AND LIFE INSURANCE PLAN WITHOUT PREJUDICE** |

1

**ORDER RE STIPULATION TO DISMISS TGT ENTERPRISES, INC., dba ANDERSON DIRECT & DIGITAL LONG TERM DISABILITY AND LIFE INSURANCE PLAN**

Pursuant to the stipulation of the parties, it is hereby ORDERED that Defendant TGT Enterprises, Inc., dba Anderson Direct & Digital Long Term Disability and Life Insurance Plan shall be dismissed without prejudice.

DATED: October 25, 2018

_____
HONORABLE Andrew J. Guilford
United States District Court Judge

**ORDER RE STIPULATION TO DISMISS TGT ENTERPRISES, INC., dba ANDERSON DIRECT & DIGITAL LONG TERM DISABILITY AND LIFE INSURANCE PLAN**