JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CATHY VLAD, | Case No. 8:18-CV-01749-AG (ADSx) |
|---|---|
| Plaintiff, | |
| vs. | **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendants, | |

Pursuant to the parties' joint stipulation, this matter is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs of suit and attorneys' fees

IT IS SO ORDERED.

DATED: August 7, 2019

Honorable Andrew Guilford
United States District Judge

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**